THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05CR537 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DWAYNE NABORS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Motion by Defendant Dwayne Nabors, acting *pro se,* requesting that this Court require Plaintiff United States of America to disclose to Defendant exculpatory evidence and for a preliminary hearing/new trial. The Plaintiff filed a response to the motion. The Court has been advised, having reviewed the motion, response and applicable law. It is hereby determined, for the reasons stated in Plaintiff's response, that Defendant's motion is DENIED.

So ordered.

                                                                    ____s/ Judge John R. Adams_____
                                                                    JUDGE JOHN R. ADAMS
                                                                    UNITED STATES DISTRICT COURT